```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| JOSEPH MAJORS,<br>        Plaintiff,<br><br>        v.<br><br>WORCESTER COUNTY JAIL AND HOUSE<br>OF CORRECTION,<br>        Defendant. | Civil Action No.<br>16-10110-NMG |
| ISRAEL VALENTIN,<br>        Plaintiff,<br><br>        v.<br><br>WORCESTER COUNTY JAIL AND HOUSE<br>OF CORRECTION,<br>        Defendant. | Civil Action No.<br>16-10431-NMG |
| RAHEEN DELGADO,<br>        Plaintiff,<br><br>        v.<br><br>WORCESTER COUNTY JAIL AND HOUSE<br>OF CORRECTION,<br>        Defendant. | Civil Action No.<br>16-10432-NMG |
| EARL KENDRICKS,<br>        Plaintiff,<br><br>        v.<br><br>WORCESTER COUNTY JAIL AND HOUSE<br>OF CORRECTION,<br>        Defendant. | Civil Action No.<br>16-10433-NMG |

```
                                  )
FERNANDO REYES,                   )
       Plaintiff,                 )
                                  )
       v.                         )       Civil Action No.
                                  )       16-10434-NMG
WORCESTER COUNTY JAIL AND HOUSE   )
OF CORRECTION,                    )
       Defendant.                 )
                                  )

                                  )
FRANK SOTO,                       )
       Plaintiff,                 )
                                  )
       v.                         )       Civil Action No.
                                  )       16-10435-NMG
WORCESTER COUNTY JAIL AND HOUSE   )
OF CORRECTION,                    )
       Defendant.                 )
                                  )
```

## MEMORANDUM AND ORDER

**GORTON, J.**

On January 19, 2016, co-plaintiffs Joseph Majors, Israel Valentin, Raheen Delgado, Earl Kendricks, Ferndando Reyes, and Frank Soto, all inmates at the Worcester County Jail and House of Correction ("WCJHC"), filed a civil rights Complaint against the WCJHC challenging various conditions of confinement. See Worcester Inmates, et al. v. Worcester House of Corrections, Civil Action No. 16-10110-NMG. On February 26, 2016, this Court issued a Memorandum and Order directing the Clerk to open separate, individual civil actions for each of the plaintiffs, except that Joseph Majors was to remain the sole plaintiff in the original case. The Memorandum and Order also directed that, if any plaintiff wished to proceed with his civil action, that plaintiff was required to pay the $350.00 filing fee and $50.00

administrative fee or, in the alternative, file a Motion for Leave to Proceed *in forma pauperis* along with a certified prison account statement within 42 days of the new case opening (each new case was opened on March 1, 2016). Further, any plaintiff who wished to proceed with his civil action was required to file a signed, Amended Complaint, within 42 days of case opening. Plaintiff Joseph Majors also was directed to pay the filing and administrative fees and file an Amended Complaint within 42 days of the date of the Memorandum and Order. To date, none of the plaintiffs has responded to the Memorandum and Order and the time period for doing so has expired.

Accordingly, for the failure of plaintiffs to comply with the Court's directives, and for the failure to satisfy the filing fee requirements of this Court, it is hereby Ordered that Civil Action Nos. 16-10110-NMG, 16-10431-NMG, 16-10432-NMG, 16-10433-NMG, 16-10434-NMG and 16-10435-NMG are <u>DISMISSED</u> without prejudice.[1]

SO ORDERED.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: May 6, 2010

---

[1] This Court notes that the mail sent to plaintiff Fernando Reyes at the WCJHC was returned on March 7, 2016 as undeliverable. An internet check to locate plaintiff was conducted and it appeared that plaintiff had been transferred to MCI Cedar Junction, although plaintiff did not file a Notice of Change of Address with the Court. The mail was resent to plaintiff at MCI Cedar Junction.